IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TENACIOUS, LTD., | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-13-436 |
| SEAWAY POWELL MARINE LTD., *et al*, | § |
| Defendant. | § |

## ORDER OF PENDING DISMISSAL

This action against Seaway Powell Marine Ltd. has not been answered within 20 days, as required by Rule 12(a), Fed. R. Civ. P., and over 60 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed by June 24, 2013, this case will be automatically dismissed, without prejudice.

The initial pretrial and scheduling conference set for May 31, 2013, is canceled. It will be reset, if appropriate.

SIGNED on May 16, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge