IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TENACIOUS, LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-436 |
| § | |
| SEAWAY POWELL MARINE LTD., *et al*, § | |
| § | |
| Defendant. § | |

## ORDER

The plaintiff, Tenacious, Ltd., and the defendants, Seaway Powell Marine Ltd. and Precision Technology USA, Inc., filed an Agreed Joint Motion to Abate for Purposes of Mediation. The motion is granted. The proceedings and deadlines in this case are abated until **January 15, 2014**, pending the mediation agreed to by the parties. During that period, this case will be administratively closed. No later than **January 15, 2014**, if the case has not been resolved, the parties must file a motion to reinstate and appear for a status conference on **January 17, 2014**, at 8:30 a.m.

SIGNED on October 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge