IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TENACIOUS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-436 |
| | § | |
| SEAWAY POWELL MARINE LTD., *et al*, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff, Tenacious, Ltd., and the defendants, Seaway Powell Marine Ltd. and Precision Technology USA, Inc., filed an Agreed Joint Motion to Extend Abatement for Purposes of Mediation. (Docket Entry No. 16). The motion is granted. The proceedings and deadlines in this case are abated until **February 7, 2014**, pending the mediation agreed to by the parties. During that period, this case will remain administratively closed. A status conference is set for **February 14, 2014**, at 8:30 a.m.

SIGNED on January 10, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge